# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2399 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 78 DB 2016 |
| | : | |
| v. | : | Attorney Registration No. 312507 |
| | : | |
| CALEB CLINTON BISSETT, | : | (Out of State) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 22nd day of September, 2017, upon consideration of the Report and Recommendation of the Disciplinary Board, Caleb Clinton Bissett is disbarred from the bar of this Commonwealth, and he shall comply with the provisions of Pa.R.D.E. 217. Respondent shall pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g).